IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARRELL GENE WARD,**
    Petitioner,

vs.                                                    5:07cv4/RS/MD

**FLORIDA PAROLE COMMISSION, et al.,**
    Respondents.

___

## O R D E R

This cause is before the court upon respondents' answers to petition for writ of habeas corpus (docs. 16 and 20). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

Accordingly, it is ORDERED:

Petitioner shall have thirty (30) days from the date of this order in which to respond to the answers filed by respondents.

DONE AND ORDERED this 22nd day of May, 2007.

/s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE