IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARRELL GENE WARD,**
    **Petitioner,**

vs.    Case No.  5:07cv4/RS/MD

**CHARLES GERMANY, et al.,**
    **Respondents.**

_____

**O R D E R**

On May 22, 2007 this court entered an order (doc. 21) requiring petitioner to respond to the answers filed by respondent Germany (doc. 16) and respondent Florida Parole Commission (FPC) (doc. 20).  Petitioner has filed a motion (doc. 22), indicating that he did not receive a copy of the FPC's answer.  The certificate of service attached to the FPC's answer indicates that it was mailed to petitioner at his address of record, Calhoun Correctional Institution, on May 14, 2007 (doc. 20, p. 20).  Regardless, the court will direct the FPC to serve another copy upon petitioner so that he may respond.

Accordingly, it is ORDERED:

1. Petitioner's motion (doc. 22) is GRANTED.

2. Within **ten (10) days** of the docketing date of this order, respondent FPC shall file with the court a certificate of service indicating that it has mailed a copy of its answer and attachments (doc. 20) to petitioner at his address of record.

3. Petitioner shall have **thirty (30) days** from the date indicated on the FPC's certificate of service in which to file a response to respondents' answers (docs. 16, 20).

DONE AND ORDERED this 30th day of May, 2007.

        /s/ *Miles Davis*
        **MILES DAVIS**
        **UNITED STATES MAGISTRATE JUDGE**