IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRELL GENE WARD,

    Petitioner,

vs.       CASE NO. 5:07cv4/RS

CHARLES GERMANY, et al,

    Respondents.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 32) and Petitioner's Reply And Objection To U.S. Magistrate's 'Report And Recommendation' (Doc. 33). I have reviewed Petitioner's Reply and Objection *de novo*.

**IT IS ORDERED** that Petitioner's Motion for Order of Injunction Against Respondents (Doc. 30) is **denied**.

ORDERED on August 7, 2007.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**